United States District Court
Southern District of Texas
**ENTERED**
May 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:25-CR-00687-001 |
| | § | |
| BENLIN YUAN | § | |

## ORDER

Before the Court is Defendant Benlin Yuan's Opposed Motion to Exclude or, in the Alternative, to Compel (Dkt. No. 126). After reviewing the motion, any response, and the arguments of counsel, the Court GRANTS the motion for the reasons set forth in the motion. The Court therefore ORDERS that the government produce, within five days of this Order, the following:

- all phone data currently produced in Magnet Axiom or OpenCase format shall be reproduced in UFDR format;

- all laptop and computer data currently produced in Maxiom Axiom Portable Case or OpenCase format shall be reproduced in E01 format, consistent with other laptop data the government has produced. The data sources subject to this provision include, without limitation:

- AXIOM – Jan21 2026 163424

- SSD Drive\LI0003 Laptop\UNFILTERED\Portable Case;

- SSD Drive\L10003 Laptop\Filtered Laptop;

- SSD Drive\L10004 Thumbdrive\Portable Case; and

- Phone data.

- the text message correspondence between Special Agent Tyler Fox and CW-1, reflected in the video named "SA Fox & [REDACTED] Messages (5JAN26)," shall be reproduced in a reviewable format that includes timestamps and allows the defense to make use of this evidence at trial.

It is so ORDERED.

SIGNED on May 18, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge