---

| | |
|---|---|
| **From:** | Rich, Jeffrey[Jeffrey.Rich@hsi.dhs.gov] |
| **Sent:** | Thur 7/10/2025 6:03:07 PM (UTC-04:00) |
| **To:** | Adriana Trujillo[AETRUJILLO@fbi.gov]; Yifei.Zheng@usdoj.gov[Yifei.Zheng@usdoj.gov]; Owen Nearhoof[OTNEARHOOF@FBI.GOV]; Michael Bugas[mabugas@fbi.gov]; John.Marck@usdoj.gov[John.Marck@usdoj.gov]; Danny Luo[danny.luo@bis.doc.gov]; Tyler Fox[tyler.fox@bis.doc.gov]; Fatema.Merchant@usdoj.gov[Fatema.Merchant@usdoj.gov] |
| **Cc:** | Benjamin Richardson[brrichardson@fbi.gov] |
| **Subject:** | RE: YUAN Inbound |
| **Attachment:** | YUAN_07072025 CBP Inspection Narrative.pdf |
| **Attachment:** | YUAN_Arrival Departure Record.xlsx |

**EXTERNAL .GOV EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

---

Apologies for the format of the attached pdf, unfortunately CBP doesn't write conventional reports of investigation, and we have to pull their narratives out of our system manually. Our CFAs are working through the electronic devices now and are tentatively shooting for finishing early next week. Will let you all know when they're done.

No update yet from CBP Chicago/New York on the import packages they have on hold—they tend to be a little slow in larger metros, but I'll reach out to them and see if we can expedite the inspection.

Also attached is YUAN's I94 history which includes the address he stayed at while in the US.

---

**From:** Adriana Trujillo <AETRUJILLO@fbi.gov>
**Sent:** Thursday, July 10, 2025 12:31 PM
**To:** Yifei.Zheng@usdoj.gov; Owen Nearhoof <OTNEARHOOF@FBI.GOV>; Michael Bugas

DEFENDANT'S EXHIBIT
1

<mabugas@fbi.gov>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; John.Marck@usdoj.gov; Danny Luo <danny.luo@bis.doc.gov>; Tyler Fox <tyler.fox@bis.doc.gov>; Fatema.Merchant@usdoj.gov
**Cc:** Benjamin Richardson <brrichardson@fbi.gov>
**Subject:** RE: YUAN Inbound

You don't often get email from aetrujillo@fbi.gov. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

All,

The subject is scheduled to fly DEN to YYZ on 7/13. See below.

Adriana

RECORD: P1G18931800A01

YUAN BENLIN U
QUERY BY: QUERY MANIFEST --
DATE/TIME: 07/13/25 11:25
LOCATION: YYZ

THE RECORD DESCRIBED ABOVE WAS AN EXACT MATCH ON AN ADVANCE PASSENGER INFORMATION {API} QUERY, BASED ON NAME/DOB. PASSENGER IS REPORTED TO BE DEPARTING AT LOCATION: DEN; FLIGHT NBR: AC 1040

ON 07/13/25 11:25
USE ADVANCE TRAVELER INFORMATION BY SELECTING ARRIVAL DATE, LOCATION, AND CARRIER DATA

IDENTIFIED ABOVE TO VIEW THE PASSENGER INFORMATION.

**From:** Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>
**Sent:** Thursday, July 10, 2025 11:43 AM

**To:** Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>; Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Tyler Fox <tyler.fox@bis.doc.gov>; Merchant, Fatema (NSD) (JMD) <Fatema.Merchant@usdoj.gov>
**Cc:** Trujillo, Adriana Elizabeth (WF) (FBI) <AETRUJILLO@fbi.gov>; Richardson, Benjamin R. (WF) (FBI) <brrichardson@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - RE: YUAN Inbound

Great.  Thanks Owen!

Yifei

---

**From:** Owen Nearhoof <OTNEARHOOF@FBI.GOV>
**Sent:** Thursday, July 10, 2025 11:40 AM
**To:** Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>; Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Tyler Fox <tyler.fox@bis.doc.gov>
**Cc:** Trujillo, Adriana Elizabeth (WF) (FBI) <AETRUJILLO@fbi.gov>; Richardson, Benjamin R. (WF) (FBI) <brrichardson@fbi.gov>
**Subject:** Re: YUAN Inbound

Hey all,

Denver confirmed the subject is checked in. See attached.

Owen

---

**From:** Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>
**Sent:** Wednesday, July 9, 2025 4:01:29 PM
**To:** Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>; Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Tyler Fox <tyler.fox@bis.doc.gov>
**Cc:** Trujillo, Adriana Elizabeth (WF) (FBI) <AETRUJILLO@fbi.gov>; Richardson, Benjamin R. (WF) (FBI) <brrichardson@fbi.gov>
**Subject:** [EXTERNAL EMAIL] -  RE: YUAN Inbound

Sounds good.  Please keep us posted.  Thanks Owen!

---

**From:** Owen Nearhoof <OTNEARHOOF@FBI.GOV>
**Sent:** Wednesday, July 9, 2025 3:59 PM
**To:** Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>; Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Tyler Fox <tyler.fox@bis.doc.gov>
**Cc:** Trujillo, Adriana Elizabeth (WF) (FBI) <AETRUJILLO@fbi.gov>; Richardson, Benjamin R. (WF) (FBI) <brrichardson@fbi.gov>
**Subject:** RE: YUAN Inbound

All,

FBI Denver is sending two agents to the hotel. They understand the sensitivities to not alerting the target. I'll keep you updated.

Owen

---

**From:** Nearhoof, Owen Thomas (WF) (FBI)
**Sent:** Wednesday, July 9, 2025 10:13 AM
**To:** Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>; Zheng, Yifei (NSD) (JMD) <Yifei.Zheng@usdoj.gov>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Tyler Fox <tyler.fox@bis.doc.gov>
**Cc:** Trujillo, Adriana Elizabeth (WF) (FBI) <AETRUJILLO@fbi.gov>; Richardson, Benjamin R. (WF) (FBI) <brrichardson@fbi.gov>
**Subject:** RE: YUAN Inbound

Hey all,

Wanted to provide an update. The surveillance teams have not observed Yuan at all at the hotel during the previous few shifts. I'll get with the TL today and see if they have any ideas for trying to get eyes on him. We don't have 24/7 coverage, so its possible Yuan changed his plans after having his devices taken. I will discuss this further on the call today. Thanks!

Owen

---

**From:** Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>
**Sent:** Tuesday, July 8, 2025 2:55 PM
**To:** Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>; Zheng, Yifei (NSD) (JMD) <Yifei.Zheng@usdoj.gov>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Marck, John (USATXS)

<John.Marck@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Tyler Fox <tyler.fox@bis.doc.gov>
**Subject:** Re: YUAN Inbound

Everything go okay? Anything come from the call?

---

**From:** Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>
**Sent:** Tuesday, July 8, 2025 4:36:43 AM
**To:** Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>; Zheng, Yifei (NSD) (JMD) <Yifei.Zheng@usdoj.gov>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Tyler Fox <tyler.fox@bis.doc.gov>
**Subject:** Re: YUAN Inbound

Subject took a cab to stay at the Renaissance hotel last night, address 3801 Quebec Street, Denver, CO. Arrived approx 11:15 PM.

---

**From:** Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>
**Sent:** Tuesday, July 8, 2025 12:50:32 AM
**To:** Zheng, Yifei (NSD) (JMD) <Yifei.Zheng@usdoj.gov>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>; Tyler Fox <tyler.fox@bis.doc.gov>
**Subject:** Re: YUAN Inbound

Good stuff. I'll be flying during that time but can get a readout from Owen or Yifei.

---

**From:** Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>
**Sent:** Tuesday, July 8, 2025 12:47:21 AM
**To:** Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>; Tyler Fox <tyler.fox@bis.doc.gov>; Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Re: YUAN Inbound

Hi Jeff - fantastic news. Sounds great to me. Could we get on a call at 1pm eastern tomorrow? Thanks!

Yifei

Get Outlook for iOS

---

**From:** Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>
**Sent:** Tuesday, July 8, 2025 12:44:42 AM
**To:** Marck, John (USATXS) <John.Marck@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>; Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>; Tyler Fox <tyler.fox@bis.doc.gov>; Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>
**Subject:** [EXTERNAL] Re: YUAN Inbound

Yuan was cooperative and provided passcodes for two laptops and a cell phone. He also provided a  statement to officers regarding Asiacom and numerous other companies registered in both his name and an employee. CBP/HSI Denver will be working on a detailed write-up and should have it done by tomorrow.

We'll be taking custody of the electronic devices and having them shipped to HSI Dallas for a forensic extraction unless anyone objects. Let me know if you all want to jump on a quick call tomorrow morning to discuss.

Jeff Rich
Special Agent
DHS | HSI
619 576 1126

---

**From:** Marck, John (USATXS) <John.Marck@usdoj.gov>
**Sent:** Monday, July 7, 2025 9:10:57 PM
**To:** Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Danny Luo <danny.luo@bis.doc.gov>; Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>; Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>; Tyler Fox <tyler.fox@bis.doc.gov>; Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>
**Subject:** Re: YUAN Inbound

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thank you, Jeff.

We appreciate your work and help with this.

---

**From:** Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>
**Sent:** Monday, July 7, 2025 9:10:00 PM
**To:** Danny Luo <danny.luo@bis.doc.gov>; Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>; Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>; Tyler Fox <tyler.fox@bis.doc.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>
**Subject:** [EXTERNAL] Re: YUAN Inbound

Just a quick update, we're looking at 837 mountain time arrival, plus some delay for grabbing bags and getting to the customs area, plus interview time. I'll send an update on this thread when they finish the interview, but wanted you all to know it'll be going out fairly late.

Jeff Rich
Special Agent
DHS | HSI
619 576 1126

---

**From:** Danny Luo <danny.luo@bis.doc.gov>
**Sent:** Monday, July 7, 2025 5:25:44 PM
**To:** Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>; Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Tyler Fox <tyler.fox@bis.doc.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>
**Subject:** Re: YUAN Inbound

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Will do.

---

**From:** Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>
**Sent:** Monday, July 7, 2025 4:24:41 PM
**To:** Danny Luo <danny.luo@bis.doc.gov>; Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Tyler Fox <tyler.fox@bis.doc.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>
**Subject:** RE: YUAN Inbound

**EXTERNAL .GOV EMAIL:** Do

not click any links or open any attachments unless you trust the sender and know the content is safe.

---

Thanks Danny! Please keep us posted on how it goes.

Yifei

**From:** Danny Luo <danny.luo@bis.doc.gov>
**Sent:** Monday, July 7, 2025 5:21 PM
**To:** Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>; Tyler Fox <tyler.fox@bis.doc.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>
**Subject:** [EXTERNAL] Re: YUAN Inbound

Team,
Update from Jeff, Yuan has boarded his flight to Denver.

Thanks,

Danny

---

**From:** Owen Nearhoof <OTNEARHOOF@FBI.GOV>
**Sent:** Sunday, July 6, 2025 12:56 PM
**To:** Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Yifei.Zheng@usdoj.gov <Yifei.Zheng@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Tyler Fox <tyler.fox@bis.doc.gov>; John.Marck@usdoj.gov <John.Marck@usdoj.gov>; Michael Bugas <mabugas@fbi.gov>
**Subject:** Re: YUAN Inbound

You don't often get email from otnearhoof@fbi.gov. Learn why this is important

**EXTERNAL .GOV EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

---

Hey all,

Denver SSG can support. Let me know if you have questions for them.

Owen Nearhoof
Special Agent
FBI Washington Field Office
571-456-9809

---

**From:** Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>
**Sent:** Sunday, July 6, 2025 1:54:52 PM
**To:** Zheng, Yifei (NSD) (JMD) <Yifei.Zheng@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Tyler Fox <tyler.fox@bis.doc.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>; Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>
**Subject:** [EXTERNAL EMAIL] - Re: YUAN Inbound

Sounds good Yifei. Danny let's discuss tomorrow morning and I can dig deeper into his visa. Could definitely help us develop RS/PC into criminal immigration violations as well.

Jeff Rich
Special Agent
DHS | HSI
619 576 1126

---

**From:** Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>
**Sent:** Sunday, July 6, 2025 12:21 PM
**To:** Danny Luo <danny.luo@bis.doc.gov>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Tyler Fox <tyler.fox@bis.doc.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>; Nearhoof, Owen Thomas (WF) (FBI) <OTNEARHOOF@FBI.GOV>
**Subject:** Re: YUAN Inbound

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Thanks everyone for joining the call. I think another line of questioning that may help with developing reasonable suspicion/PC is the company's hiring practice. Danny - you recall when we talked to Helen, she was saying how they'd have people from Canada working at the company without the appropriate work authorization. I don't know what type of visa this guy has, but maybe start with that and ask his purpose of visit, and whether his type of visa lets him do that (and this often) and move on to his company's hiring practice, and their businesses, etc.. Just a thought. Totally fine with CP line of questioning too.

Thank you,
Yifei

Get Outlook for iOS

---

**From:** Michael Bugas <mabugas@fbi.gov>
**Sent:** Saturday, July 5, 2025 2:44 PM
**To:** Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>; Danny Luo <danny.luo@bis.doc.gov>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Tyler Fox <tyler.fox@bis.doc.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>
**Subject:** Re: YUAN Inbound

Copy. I've pushed tomorrow's call invite to WFO.

---

**From:** Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>
**Sent:** Saturday, July 5, 2025 12:04:57 PM
**To:** Danny Luo <danny.luo@bis.doc.gov>; Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Tyler Fox <tyler.fox@bis.doc.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>
**Cc:** Bugas, Michael Andrew (CD) (FBI) <mabugas@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - Re: YUAN Inbound

+ FBI.

Thanks for the heads up. Let's discuss our plan. Can BIS/HSI/FBI loop in your people who'll be in involved and we jump on a call tomorrow? I'll circulate an invite for 12 eastern tomorrow (same time we talked last Sunday).

Yifei

Get Outlook for iOS

---

**From:** Danny Luo <danny.luo@bis.doc.gov>
**Sent:** Saturday, July 5, 2025 11:35 AM
**To:** Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>; Tyler Fox <tyler.fox@bis.doc.gov>; Marck, John (USATXS) <John.Marck@usdoj.gov>; Zheng, Yifei (NSD) <Yifei.Zheng@usdoj.gov>
**Subject:** [EXTERNAL] Re: YUAN Inbound

John/Yifei,
Please see below from Jeff.

Danny

---

**From:** Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>
**Sent:** Saturday, July 5, 2025 7:59 AM
**To:** Danny Luo <danny.luo@bis.doc.gov>; Tyler Fox <tyler.fox@bis.doc.gov>
**Subject:** YUAN Inbound

**EXTERNAL .GOV EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

---

Gents,

If you want to proceed with the inbound inspection/interview of YUAN let me know—he’s coming back through Denver on Monday.

YUAN, Benlin --- 07/07/2025 20:00 (Mon) --- Inbound AC 1041 (YYZ > DEN)