# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



CASE NUMBER
DA06DV25DA0001

CASE OPENED
7/10/2025

CURRENT CASE TITLE
Fortune Global

REPORT TITLE
Detention and Seizure of Benlin YUAN's Electronic Devices

REPORTED BY
Jeffrey Rich
SPECIAL AGENT

APPROVED BY
Tyler Sullivan
SUPERVISORY SPECIAL AGENT

DATE APPROVED
1/22/2026

SYNOPSIS

In May 2025, HSI Dallas received information from the Department of Commerce (DOC) Bureau of Industry and Security (BIS) regarding the illicit procurement of Nvidia graphical processing units, controlled for export to China and Hong Kong, by Hong Kong-based business Fortune Global Group. HSI and BIS Dallas subsequently initiated an investigation into Fortune Global Group and others for violations of the Export Control Reform Act (ECRA), Title 50 U.S.C §§ 4801-4852; the Export Administration Regulations (EAR), Title 15 C.F.R. §§ 730-780; and Title 18 U.S.C § 554, Smuggling goods from the United States.

This report documents HSI Dallas' inspection and seizure of Benlin YUAN's electronic devices which were detained at the Denver International Airport on July 7, 2025.

DEFENDANT'S EXHIBIT
2



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

## REPORT OF INVESTIGATION



## DETAILS OF INVESTIGATION

On July 7, 2025, Benlin YUAN entered the U.S. through the Denver International Airport aboard Air Canada pre-cleared flight 1041 from Toronto, Canada. At the request of Homeland Security Investigations Special Agent J. Rich, YUAN was referred to secondary inspection for his suspected involvement in the unlawful diversion of export-controlled commodities to the People's Republic of China (PRC). Upon making entry, U.S. Customs and Border Protection (CBP) Officer M. Egurrola escorted YUAN to an interview room for further questioning and inspection. Reference ROI DE07PR25DE0001-005 for additional information regarding the secondary referral and inspection of YUAN.

During the inspection, Officer M. Egurrola conducted a routine manual review of YUAN's electronic devices which included:

- Camiwell Lenovo ThinkPad X1
- Supsyc Lenovo ThinkPad X1
- Apple iPhone
- Sandisk USB Drive

While reviewing the contents of the Camiwell ThinkPad X1 laptop, Officer Egurrola observed e-mail communication between YUAN and the business Beijing Asiacom Information Technology ("Beijing Asiacom"). YUAN downplayed the relationship between Asiacom Americas and Beijing Asiacom, informing Officer Egurrola that the two businesses were unaffiliated. Following the manual review and inspection, Homeland Security Investigations Special Agent (SA) T. McFarren detained YUAN's electronics devices and documented the detention on CBP Form 6051D. On July 8, 2025, SA McFarren manually reviewed YUAN's iPhone and observed contacts saved in the device for "DAI" and "Tang Fei." SA Rich requested SA McFarren send the electronics devices to the HSI Dallas Field Office for further review and forensic extraction.

Detention and Seizure of Electronic Devices:

On July 10, 2025, SA Rich transferred the electronic devices to Computer Forensic Analyst (CFA) Z. Woolfolk to perform a forensic extraction and analysis. CFA Woolfolk was able to successfully extract the Camiwell ThinkPad X1, the Apple iPhone, and the Sandisk USB Drive. Due to a secure network boot loading process and an encrypted hard drive, CFA Woolfolk could not recover data from the Supsyc ThinkPad X1.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



On July 28, SA Rich received a copy of the data recovered from the Camiwell ThinkPad X1, the Apple iPhone, and the Sandisk USB Drive. The three devices held approximately 1.1 terabytes of data.

Due to the technical nature of the device's contents, the voluminous quantity of data, and the significant number of artifacts in a non-English language Acting Group Supervisor S. Walker approved a 15-day extension to the border search on August 6, 2025.

On August 21, 2025, Acting Group Supervisor D. Sweet granted a 15-day extension to the border search.

On August 25, 2025, while reviewing the Apple iPhone forensic extraction, SA Rich observed an apparently privileged conversation between YUAN and an attorney. SA Rich notified Assistant United States Attorney (AUSA) J. Marck who coordinated the creation of a filter team between the United States Attorney's Office and HSI Dallas.

On August 28, 2025, SA D. Finley began reviewing the Apple iPhone forensic extraction for privileged materials. On September 4, 2025, SA Finley completed the review of the Apple iPhone and identified all apparently privileged materials to CFA Woolfolk to be removed from the extraction.

On September 5, 2025, Group Supervisor T. Sullivan granted a 15-day extension to the border search.

On September 19, 2025, SA D. Lundberg provided AUSA S. Nelson a copy of the filtered Apple iPhone forensic extraction for review. These copies contained both Magnet Axiom and Cellebrite Mobile Forensics versions.

On September 20, 2025, Group Supervisor Sullivan granted a 15-day extension to the border search.

On September 22, 2025, AUSA S. Nelson completed the review of the filtered Apple iPhone forensic extraction and informed SA Rich that the border search could continue with the privileged material removed.

On September 25, 2025, SA J. Rich, while reviewing the filtered Cellebrite Mobile Forensics version of the Apple iPhone, observed the same privileged conversation previously seen on August 25, 2025. On September 29, 2025, SA Finley coordinated with CFA Woolfolk to review the filtering process and ensure privileged content was removed from the Cellebrite Mobile Forensics version. As a precautionary measure, SA Rich did not view the Cellebrite Mobile Forensics version after September 25, 2025. CFA Woolfolk determined a software error had allowed the filtered content to remain in the filter version of the Apple iPhone.



This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



On October 5, 2025, Group Supervisor Sullivan granted a 15-day extension to the border search.

On October 10, 2025, SA Finley reviewed the forensic extraction of the SanDisk USB Drive and observed no privileged material. On October 10, 2025, SA Rich began reviewing the SanDisk USB Drive forensic extraction.

On October 20, 2025, Group Supervisor Sullivan granted a 15-day extension to the border search.

On November 4, 2025, Group Supervisor Sullivan granted a 15-day extension to the border search.

On November 6, 2025, SA Finley accessed the Apple iPhone to manually review conversations between YUAN, Wang FENG, and Tang FEI. Due to encoding errors in the Magnet Axiom work product, investigators required manual access to the device to view complete conversations and attached documents. SA Finely navigated to several conversations of interest and SA Rich photographed them for evidentiary purposes.

On November 6, 2025, SA Finley completed the filter review for the Camiwell ThinkPad and provided the privileged artifacts to CFA Woolfolk for removal from the forensic extraction. SA Finley and AUSA S. Nelson reviewed all privileged content on the device to confirm which artifacts were privileged. On November 12, 2025, CFA Woolfolk provided SA Finley a filtered forensic extraction of the Camiwell ThinkPad. On December 1, 2025, SA Finley and D. Choi reviewed the filtered version of the Camiwell Thinkpad and confirmed no privileged content remained in the forensic extraction for review by SA Rich.

On December 16, 2025, SA Rich completed a review of the forensic extractions of the Apple iPhone, the Camiwell Thinkpad, and the SanDisk USB Drive. The Camiwell Thinkpad, the Apple iPhone, and the Sandisk USB Drive were seized under Fines, Penalties, and Forfeitures number 2026550100033501. The Supsyc Lenovo ThinkPad X1 remains under detention pending a review of the device's contents.



OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.