U.S. Customs & Border Protection
*U.S. Department of Homeland Security*

Super Query ▾

## Air/Sea Inspection (Baggage/Agriculture)

TECS ID: 00000181218292 Site: CBP-DENVER, INTL AIRPORT (A337) Port: DENVER, CO (3307)

Referral Date: 07/08/2025 13:26 (ET)
Referring Officer: EGURROLA, MANUEL I (EBGN8J5)

### Person Detail

| | | | |
|---|---|---|---|
| Name | YUAN, Benlin | DOB | 06/18/1967 |
| Sex | Male | Citizenship | CANADA (CAN) |
| Race | A | Hispanic | No |
| City of Birth | | Country of Birth | CHINA (CHN) |
| Father's Name | | Mother's Name | |

### Document Detail

| | | | |
|---|---|---|---|
| Document Presented | Yes | Document Number | P042392QS (P) |
| Lost/Stolen Document | No | Document Country | CANADA (CAN) |

### Conveyance

| | | | |
|---|---|---|---|
| Flight# | 1041 | Airline Carrier | AC |
| Departure Port | Pearson International Apt/Toronto (YYZ) | Embarkation | TORONTO, PEARSON INTERNATIONAL (YYZ) |
| Crossing Mode | INBOUND (I) | | |

### Referral Detail

| | | | |
|---|---|---|---|
| Referral Officer Code | TACTICAL TERRORISM RESPONSE TEAM (TTR) | Referral Type | UNKNOWN |
| Referral Reason Code | TACTICAL TERRORISM RESPONSE TEAM (TTR) | Reason for Referral | TTRT EXAM |
| Referring Officer | EGURROLA, MANUEL I (EBGN8J5) | Secondary Officer | EGURROLA, MANUEL I (EBGN8J5) |

### Inspection Detail (Baggage)

| | | | |
|---|---|---|---|
| No. Passengers on Declaration | 1 | Flight/Vessel Crew | No |
| Bag Exam | Yes | Number of Bags X-Rayed | |
| CCD Used | Yes | X-Ray/NII Utilized | — |
| Category I Violation Indicator | — | Category II Violation Indicator | — |
| Violation Code(s) | | | |
| Create Incident Log? | No | Incident Log Report# | |
| IOEM Required? | No | IOEM Number | |
| SAS Number | | Related Document Number | |
| Inspection Complete | Yes | Inspection Result | Negative |
| Inspection Start Date | 07/08/2025 17:57 (ET) | Inspection End Date | 07/08/2025 18:03 (ET) |

### Attachments (0)

UNCLASSIFIED – FOR OFFICIAL USE ONLY

Comments
**update** Benlin YUAN arrived on 07/07/2025.
On 07/08/2025, Benlin YUAN (dob: 06/18/1967, pob: CHN, coc: CAN, PP# P042392QS) arrived unaccompanied at Denver International Airport, onboard pre-cleared flight AC 1041 from Toronto. YUAN is an individual of interest for HSI for national security reasons. YUAN was met at the arrival gate (A45) by CBP and HSI and was escorted to the FIS for further interview/inspection.

In secondary the following information was obtained by YUAN:

YUAN stated he was going to Denver to visit his client, GMI CLOUD, to work on their data center. He stated GMI Cloud is based out of California, but their new data center is in Colorado in one of several Iron Mountains data center warehouses.

DEFENDANTS' EXHIBIT
3

NOTE: OSINT revealed that GMI Cloud is using Nvidia GPUs for their GPU cloud. https://www.datacenterdynamics.com/en/news/gmi-cloud-secures-82m-in-series-a-funding-for-ai-cloud/

YUAN stated he is the CEO of Asiacom Americas, which is owned by Rongsheng from HK, likely Rongsheng High Tech Hong Kong Co Ltd. YUAN and his wife, Hong LIN (dob: 04/17/1966), were the registered owners of a company called CamiWell in Califronia. The company was supposedly sold to Rongsheng sometime in 2018/2019, which is around the same time Asiacom America was created in the U.S. and YUAN as the CEO. YUAN and his wife are registered owners of CamiWell in Canada.

YUAN had an L1A visa for CamiWell (EAC1905750773) and later for Asiacom Americas (SRC2511050171 and WAC2217850148).

The address for Asiacom Americas is 21400 Ridgetop Cir, Ste 180, Sterling, VA 20166

YUAN was asked if he had any other companies registered in the U.S to which he affirmed he did. He stated he and his wife created SCINALL INC in September 2024 in VA for future projects. He stated that SCINALL is not operational at the moment. The address for SCINALL INC is 21914 Hawksbill High Cir, Unit 303, Sterling, VA 20164.

YUAN also stated he formed another company called USCIENT INC in January 2025 in VA. He formed the company along with another Asiacom employee called Ruihan SUN, later identified as Ruihan SUN (dob: 09/08/1993, coc: China, A#216202509), again, for future projects. He stated SUN lives in Boston and is the VP of accounting and marketing for Asiacom Americas.

NOTE: OSINT revealed that YUAN and SUN are both registered agents for USCIENT INC, with SUN having an address of 14806 Camino Rancho Dr, Houston, TX 77083 and YUAN having an address of 21914 Hawksbill High Cir, Unit 303, Sterling, VA 20164. USCIENT INC is also registered in Toronto, Canada with his daughter, Yunfan YUAN and another individual, Tianqi ZHANG, as the registered agents.

YUAN stated that Hawksbill High Cir address is a condo that he recently purchased.

During an exam of YUANs personal belongings, documents, a bank card, and a laptop in the name of another business called SUPSYC INC were found. YUAN stated that SUPSYC is his daughters company, yet he could not give a reasonable explanation why he had the SUPSYC laptop, SUPSYC credit card, and documents, which of course, were all in his daughters name, Yunfan YUAN (aka: Carly Yunfan Yuan).

YUAN was traveling with the following electronic devices:
Two identical Lenovo Think Pad laptops (one used for SUPSYC and the other used for CamiWell and Asiacom), an iphone, and a Sandisk thumb drive (128GB).

YUAN stated he has roughly about 100 employees working full time for Asiacom. He stated they have offices in VA, CA, OR, and soon GA. YUAN stated they have F1 students from China who

are on OPT working for Asiacom but could not give an amount or percentage. He stated they hire individuals through job announcements on their website or Indeed. YUAN was asked if Asiacom ever goes to the university campuses to recruit some of these F1 students and he quickly smiled and laughed, and said, no, no, we are not big enough for that. Despite him saying they do not recruit from university campuses, something about his demeanor and the way he replied/answered, gives the impression that they are likely recruiting on campuses.

YUAN provided the name of the HR manager as DING, Ying.

YUAN claims that ASIACOM mainly does business in America and Canada. Asked if he does business in China and quickly replied with a no. Asked if there is a subsidiary or sister company of ASIACOM in China and he stated no, but during his pocket dump, a business card for the CEO, Guilin GU, of ASIACOM TECHNOLOGY (aka: Beijing Asiacom Information Technology CO, LTD, was discovered. YUAN appeared to distance himself from ASIACOM Beijing by stating that Asiacom America is separate and has nothing to do with them.

YUAN stated he last visited China in 2022 to visit his mother. His current Canadian passport was issued in Sep 2023 and he acquired a new 10 year Chinese visa in May 2024. There were no stamps of any kind in his passport. Prior to China 2022, he was also there in 2019, according to a TTRT inspection on 01/26/22.

YUAN stated he didnt visit any clients or companies when he went to China in 2022; he only visited his mother.

NOTE: YUAN's travel history only shows travel between the U.S. and Canada. If YUAN is traveling to China or any other country of interest more frequently than he is telling, the U.S. would not be able to see it because Canada does not share APIS or PNR data with the U.S. unless there is a NEXUS to the U.S.

YUAN will be staying at the Marriott Renaissance Denver, 3801 Quebec St, Denver, CO

He provided his phone number as 5713888797

HSI was onsite and detained and took custody of YUANS two laptops, iphone, and thumb drive.

No further action/info. YUAN was later released.