**From:** Danny Luo[danny.luo@bis.doc.gov]
**Sent:** Fri 6/27/2025 6:01:50 PM (UTC-04:00)
**To:** Tyler Fox[tyler.fox@bis.doc.gov]; Kelsey Hamilton[kelsey.hamilton@bis.doc.gov]
**Subject:** FW: YUAN Secondary Interview 01/22/2025

FYI- please see below or Benlin Yuan's secondary info. He mentions that Asiacom at one point was owned by Ronsheng High Tech based in HK.

Danny
C: (771) 202-1976

**From:** Rich, Jeffrey <Jeffrey.Rich@hsi.dhs.gov>
**Sent:** Friday, June 27, 2025 4:01 PM
**To:** Danny Luo <danny.luo@bis.doc.gov>
**Subject:** YUAN Secondary Interview 01/22/2025

**EXTERNAL .GOV EMAIL:** Do not click any links or open any attachments unless you trust the sender and know the content is safe.

subject was referred to ttrt based on a primary match record. Subject moved to Canada in 2004. Subject is the CEO of Asiacom Americas Inc with a HQ in Sterling, VA. Subject stated main clients are Alibaba and a DiDi(Acquired Uber China in 2016). They previously serviced Tiktok and WeChat. Prior to working for Asiacom, subject worked for CAMiWell Inc. Canada before being dissolved. Both companies were owned by Rongsheng High Tech based in Hong Kong. YUAN immigrated to Canada in 2003 and worked as a senior software developer for Merscient Inc. until 2013. In late 2013, the subject stated that his wife received word from one of her friends in China who works as a manger in Asiacom Beijing. This individual suggested that YUAN establish his own IT service company in Canada to allow Asiacom to expand into North America. YUAN then established CAMiWell in Canada. In 2018, he expanded to US with a company of the same name. Asiacom

DEFENDANT'S EXHIBIT
4

Beijing and Rongsheng then decided to purchase the Canada branch of CAMiWell in 2018. They also planned on purchasing the US branch but were unable to reach a deal with the shareholders. Asiacom Beijing instead established its own IT support company through Rongsheng which is Asiacom Americas. CAMiWell USA then lost many of its customers. YUAN received his bachelor's in computer science from Xianen Jiaotonong University in Shanxi Province. He then received his master's in computer science from Tsinghua University. He then worked for State Power Grid Corporation in China as a computer engineer. Subject arriving today to process his wifes L2. Subject was inspected in 2022. See EVENT#42188609 / EMR#20220901444715. subject was inspected on 01/21/25 by Buffalo TTRT and CBP TFOs with negative results. CBP TFO contacted on todays date and advised of inspection. No derog found / see I095 for admiss closeout. 416-550-4369 / benlin.yuan@gmail.com 2269 Robinwood Crt. Mississauga, ON L5M 5B9