No. 2874923

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

# DETENTION NOTICE AND CUSTODY RECEIPT FOR DETAINED PROPERTY

Handbook 5200-09

1. Held for other agency? ☐ Yes ☒ No — Name of Agency:

2. Certified Mail Number:
3. Investigative Case Number:
4. General Order Number:

5. Exodus Command Center Notified? ☐ Yes ☒ No Date: ______ Time: ______
6. Port Code: 3307
7. Date of Detention: 7/7/25

8. Time (Use 24 Hours): 2130
9. Entry Number
11. Seal or Other ID Number:

10. Detained from:
Name: BENLIN YUAN
Address: 21400 RIDGETOP CIR #180 STERLING VA 20166
Telephone Number: 571-926-8798

12. Misc. Numbers:
13. Remarks:
14. FPF Number (For CBP Lab Use Only):

15. Point of Contact Information - Send all correspondence to: HSI DENVER
Telephone Number: 303-721-3000
Fax Number:

16a. Additional Information/Action Request from Importer/Exporter/Subject:

17. Reason for Detention: ELECTRONIC EXAM

16b. ☐ Suspected counterfeit marks: Per 19 CFR 133.21, disclosure may be made to the mark owner unless information is provided within 7 business days establishing that the suspect mark is genuine.

18. Tests or Inquiries to be Conducted:

19. **PROPERTY** (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurement Qty. | d. Measurement UM | e. Est. Dom. Value | f. Samples Sent to the CBP Lab Yes or No | f. Date |
|---|---|---|---|---|---|---|---|---|
| 001 | PHONE 5713858797 | 1 | BG | 1 | EA | $ | ☐ Y ☐ N | |
| 002 | LAPTOP PF4C1KXX | 1 | BG | 1 | EA | $ | ☐ Y ☐ N | |
| 003 | LAPTOP PF4C1QGS | 1 | BG | 1 | EA | $ | ☐ Y ☐ N | |
| 004 | THUMBDRIVE SANDISK | 1 | BG | 1 | EA | $ | ☐ Y ☐ N | |

20. Detaining Officer Name: SA MCFARREN
Print — Signature: [signature] — Date: 7/7/25

21. **ACCEPTANCE/CHAIN OF CUSTODY**

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001-004 | one sealed bag | J. Rich / SA / HSI | [signature] | 7/9/25 |
| 001-004 | one sealed bag | Z. Woolfolk / CFA / HSI | [signature] | 7/10/25 |
| 001-004 | one sealed bag | J. Rich / SA / HSI | [signature] | 7/20/25 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Shipments may be detained for up to 30 days, unless statutory authority or interagency agreement mandates that a longer period of time is required, or the importer/exporter/subject requests a longer detention period through the Port Director.

CBP 6051A Continuation Sheet Attached? ☐ Yes ☐ No

CBP Form 6051D (12/16)

DEFENDANT'S EXHIBIT
5