**00:00:31 to 00:01:01**

YUAN: [U/I].
FOX: My name is, like I said, Tyler. I'm with the Bureau of Industry Security with the Commerce Department. I am a special agent with the Office of Export Enforcement.
YUAN: What, sorry?
FOX: I am a special agent with BIS.
YUAN: BI?
FOX: BIS, the Bureau of Industry Security.
YUAN: Yeah.
FOX: Are you familiar, uh, with us?
YUAN: [U/I]?
FOX: Are you familiar with u?
YUAN: Ahh, no, no.
FOX: You are not? How about, like, export control?
YUAN: Export control? No.
[redacted]



DEFENDANTS' EXHIBIT 1