00:01:02 to 00:01:27

[redacted]

LUO: I am a special agent with BIS as well. Um, are you— is— how's, uh— are you— um, so I speak Chinese. If you need help translating, I can help translate [U/I].

YUAN: Okay, no pro— yeah, yeah, that's great.

FOX: Is your— how is your— is your English fairly good?

YUAN: Huh?



DEFENDANTS' EXHIBIT

2

**00:01:02 to 00:01:27**

FOX: Is your English good?

YUAN: Yeah, I think so. Yes— so— compare [U/I]—

LUO: I know it’s cold. Would you— would you— we have a couple of questions for you. [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]