**00:01:44 to 00:01:50**

[redacted]

FOX: Wherever you want to go. It's fine. You're free to— you don't have to talk to us if you don't want to.

YUAN: Yeah.

[redacted]



DEFENDANTS' EXHIBIT

3