U.S. Department of Commerce
Office of Export Enforcement

# OPERATIONAL ACTION PLAN

| Case Number | Field Office/Group | Case Agent |
|---|---|---|
| EE/01792232/25 | Dallas FO - ASAC Houston | SA Tyler Fox |

| Briefing Date and Time | Operation Date and Time | Staging Area Date and Time | Staging Area Location |
|---|---|---|---|
| 11/28/2025 - 00:00 | | | |

**Type of Operation**

| | | | | | |
|---|---|---|---|---|---|
| Arrest Warrant | ☐ | Search Warrant | ☐ | Surveillance | ☑ |
| UC/CI Meet | ☐ | Tech Op | ☐ | Other | ☑ PC Arrest |

Operation Objectives

PC arrest

**Target Location/Assessment**

| Address | Telephone Number |
|---|---|
| 21914 Hawksbill High Circle #C30, Sterling, VA | |

Description and Photo *(If applicable)*

***This is a possible location for arrest. As described in the tactical plan, the arrest will take place at an unknown location and one determined safest by the ultimate arrest team***




TARGET LOCATION PHOTO

DEFENDANT'S EXHIBIT
10

| | | | | | |
|---|---|---|---|---|---|
| Physical Fortifications | ☐ | Countersurveillance | ☐ | Animals | ☐ |
| Explosives | ☐ | High Crime Area | ☐ | Close Proximity to Schools | ☑ |
| Children Present | ☐ | Approach Difficulties | ☑ | Vehicular Traffic Difficulties | ☐ |
| High Level of Foot Traffic | ☑ | Location Frequented By Public | ☑ | Chemical/Bio Hazards | ☐ |
| | | | | Firearms Present at Target Location | ☐ |

Type of Door: ____________________

Door Opens:

PARTICIPATING AGENCIES (Mark all that apply):

☑ HSI ☑ FBI ☐ DCIS ☐ NCIS ☐ CBP ☐ DEA ☐ ATF ☐ USMS ☐ USSS ☐ USPIS

LOCAL LAW ENFORCEMENT: Agency(s):

OTHER:

AUSA ASSIGNED: John Marck

CONTACT NUMBER: (361) 806-6771

Case Background

BIS is investigating the illegal export of controlled GPU's that support AI from the U.S. to the People's Republic of China (PRC) via brokers/front companies located inside and outside of the U.S.

In May 2025, OEE agents detained approximately 58 pallets of controlled NVIDIA GPU baseboards and SuperMicro servers. Many of the pallets were detained in a tampered state made to misrepresent and conceal the true nature of the goods and allow their smuggling from the USA. OEE transported the goods to a cooperating warehouse. OEE conducted an undercover (UC) communications, which purported to individuals in the PRC that the goods were being held by a private individual requesting payment for their release. At a later date, OEE conducted a UC operation to receive inspectors on behalf of PRC-based individuals which were to verify the contents of the goods prior to payment. It was later determined that these inspectors were employed or associated to AsiaCom Americas, a data center business. Following this, agents conducted an investigation into their CEO Benlin YUAN.

**Suspect Information** *(Complete one for each suspect-additional Suspect Information forms are located at the end of this document)*

| Suspect's Name | Date of Birth | Race: / Sex: | Height: / Weight: |
|---|---|---|---|
| Benlin YUAN | 06/18/1967 | A - Asian or Pacific Islander / M - Male | 5', 5" / 120 lbs |

Aliases:

Description:

Photos of Suspect:



SUSPECT PHOTO 1



SUSPECT PHOTO 2

| Home Address and Telephone Number | Work Address and Telephone Number |
|---|---|
| 21914 Hawksbill High Circle #C30, Sterling, VA | 21400 Ridgetop Cir Suite 180, Sterling, VA 20166 |

Other Addresses Used

Suspect(s) Known To Be Armed Yes ☐ No ☑

Photograph Attached Yes ☑ No ☐

Criminal History *(Arrests and Convictions)*

Felony Arrests ☐ Felony Convictions ☐ History of Violence ☐ FBI Number ☐ ____________

Describe:

No criminal history

Additional Information

Mental Illness ____________ Substance Abuse ____________ Specialized Training ____________

Gang Affiliation ____________ Anti-government ____________ Other ____________

**Suspect Vehicles**

| Year | Make | Model | Color | License *(State)* | Other |
|---|---|---|---|---|---|
| | Honda | Odyssey | Gray | CYB2LH (Ontario) | |
| | | | | | |
| | | | | | |

Photo of Search / Arrest Warrant

**SEARCH/ARREST WARRANT PHOTO**

**Undercover/Informant Information**

| Name | Electronic Equipment | Radio Frequency | Vehicle Description | Description/Clothing |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Bust Signals**

| Primary *(Audible)* | Secondary *(Visual)* | Trouble/Rip Off *(Audible)* | Trouble/Rip Off *(Visual)* |
|---|---|---|---|
| | | | |

| Pager Signal *(Emergency)* | Pager Signal *(Wire not working)* | Pager Signal *(Nonemergency - leave now)* |
|---|---|---|
| | | |

**Personnel and Assignments**

| Name | Radio Frequency | Pager or Cell Phone | Vehicle Call Sign | Assignment *(Primary/Secondary)* | Specialized Equipment |
|---|---|---|---|---|---|
| **Name of Onscene Commander** | | | | | |
| 1. Tyler Fox | | | | Suspect Contact | |
| 2. Danny Luo | | | | Suspect Contact | |
| 3. Jeff Rich (HSI) | | | | Suspect Contact/Close Cover | |
| 4. John Diffley | | | | Close Cover/Evidence | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |

On November 23, 2025, YUAN, a Canadian citizen, entered the United States from Canada via land bridge in New York. YUAN crossed in his Honda Odyssey.

On or about November 25, 2025, FBI Special Surveillance Group (SSG) observed YUAN and his wife in Northern Virginia. A BIS Confidential Human Source further reported YUAN being at the AsiaCom offices in Sterling.

On or about November 25, 2025, an affidavit in support of a criminal complaint for YUAN was submitted to a U.S. Magistrate Judge in the Southern District of Texas for review in the event the criminal complaint is requested and applied for.

On November 28, 2025, BIS and HSI will attempt a probable cause arrest and post-arrest interview of YUAN. Immediately following the interview, the Southern District of Texas will apply for the Criminal Complaint with the Magistrate Judge. Furthermore, upon arrest YUAN will be subject to an ICE detainer for being out of status.

Case agents will travel to the DMV area on the morning of November 28 to affect the arrest and interview. While case agents are traveling, FBI SSG will attempt to locate YUAN.

Once YUAN is located, law enforcement will affect the arrest at a place and time deemed safest by the arrest team. Two possible courses of action (COAs) are:

COA #1:
YUAN's vehicle is located at AsiaCom's offices. Agents will wait for YUAN to leave and contact YUAN before entering his vehicle.
COA #2:
Agents wait for YUAN at his U.S. residence, 21914 Hawksbill High Circle, and contact YUAN in the parking lot before entering the building.

All participants in the operation will have appropriate equipment, to include law enforcement identification, duty weapon, medical equipment. A "load-and-go" vehicle will be designated at the pre-operational briefing for any medical evacuations deemed necessary.

Photos of Perimeter / Primary Entry Point / Secondary Entry:




PERIMETER PHOTO

---

PRIMARY ENTRY PHOTO

SECONDARY ENTRY PHOTO

Contingency/Abort Plans *(e.g., Agent Extraction, Barricade/Hostage situations, fleeing suspect(s),Team Takes Fire, U/C Rip-off, U/C Trips, etc.)*

***Hostile Fire:***

***-------------***

***If overwhelming force is met upon approach or initial entry, all agents will fall back to cover and concealed positions. The Team Leader (TL) will notify the On Scene Commander (OSC) who will radio for SWAT/SRT/HRT support while all agents and local PD hold and secure the perimeter.***

***Hostage/Barricaded Situation:***

***-----------------------------***

***The team will find cover and concealed positions, coordinate a secure perimeter with local PD, hold their position and await the arrival of SWAT/SRT/HRT and the Hostage Negotiation team.***

***Officer Down:***

***-------------***

***In the event an officer is shot or seriously injured upon approach, the threat will be addressed (if armed and still a threat), and secured while four agents assist with the removal of the agent from the scene. Lead agents will address the threat while rear agents remove (vice versa).***

***Improvised Explosive Devices, Other Explosives or Hazardous Material:***

***---------------------------------------------------------------------***

***Immediately notify the TL and consider tactical evacuation to a safe distance. Upon notification to EOD/SRT/HazMat, a predetermined safe distance will be maintained.***

***Children/Elderly Persons Present:***

***---------------------------------***

***If children and/or elderly persons are present, the TL or OSC will ensure that the needs of the subjects are able to be met. If they are not, the OSC will coordinate with local PD to arrange for assistance from The Division of Family and Children Services and/or The Division of Aging Services.***

***Civil Unrest:***

***-------------***

***If the scene becomes compromised for any reason and is no longer controllable by locals and/or agents, the OSC will instruct all personnel to secure the subject of the warrant and what evidence they can and all equipment and pull back to the staging location to re-consolidate.***

===================================================USE OF FORCE POLICY===================================================

***DEADLY FORCE:***

*Law enforcement officers of the Bureau of Industry & Security - Office of Export Enforcement may use deadly force only when necessary, that is, when the officer has a reasonable belief that the subject of such force poses an imminent danger of death or serious physical injury to the officer or to another person.*

*A. Deadly force may not be used solely to prevent the escape of a fleeing suspect.*

*B. Firearms may not be discharged solely to disable moving vehicles. Specifically, firearms may not be discharged at a moving vehicle unless: (1) a person in the vehicle is threatening the officer or another person with deadly force by means other than the vehicle; or (2) the vehicle is operated in a manner that threatens to cause death or serious physical injury to the officer or others, and no other objectively reasonable means of defense appear to exist, which includes moving out of the path of the vehicle. Firearms may not be discharged from a moving vehicle except in exigent circumstances. In these situations, an officer must have an articulable reason for this use of deadly force.*

*C. If feasible and if to do so would not increase the danger to the officer or others, a verbal warning to submit to the authority of the officer shall be given prior to the use of deadly force.*

*D. Warning shots are not permitted outside of the prison context.*

*E. Officers will be trained in alternative methods and tactics for handling resisting subjects, which must be used when the use of deadly force is not authorized by this policy.*

*F. Deadly force should not be used against persons whose actions are a threat solely to themselves or property unless an individual poses an imminent danger of death or serious physical injury to the officer or others in close proximity.*

***DE-ESCALATION:***

*Officers will be trained in de-escalation tactics and techniques designed to gain voluntary compliance from a subject before using force, and such tactics and techniques should be employed if objectively feasible and they would not increase the danger to the officer or others. When feasible, reducing the need for force allows officers to secure their own safety as well as the safety of the public.*

***AFFIRMATIVE DUTY TO INTERVENE:***

*Officers will be trained in, and must recognize and act upon, the affirmative duty to intervene to prevent or stop, as appropriate, any officer from engaging in excessive force or any other use of force that violates the Constitution, other federal laws, or Department policies on the reasonable use of force.*

***AFFIRMATIVE DUTY TO RENDER MEDICAL AID:***

*Officers will be trained in, and must recognize and act upon, the affirmative duty to request and/or render medical aid, as appropriate, where needed.*

======================================================PURSUIT POLICY======================================================

*A. A vehicle pursuit is an active attempt to chase another vehicle with the intent to apprehend fleeing subjects who are using excessive speed or evasive tactics.*

*B. Only SAs are authorized to conduct a vehicle pursuit in an official vehicle.*

*C. Only official vehicles equipped with emergency lights and sirens may be used in vehicle pursuits. The use of emergency equipment in personally-owned vehicles is prohibited.*

*D. Vehicle pursuits are strictly regulated in order to prevent injury, loss of life, and damage to or loss of property. An SA’s decision not to initiate a vehicle pursuit or not continue one does not mean the law enforcement response has failed.*

*E. An SA is authorized to initiate a vehicle pursuit or participate in a pursuit by another law enforcement agency only if he or she reasonably believes a subject has committed or is about to commit a crime involving death or serious injury. All other vehicle pursuits are prohibited.*

*F. The SA will consider the following factors to determine whether to initiate, participate, or continue in any vehicle pursuit:*
*1. Condition and performance capabilities of the official vehicle*
*2. Subject’s vehicle, subject’s characteristics, and severity of the offense*
*3. Current weather and road conditions*
*4. Time of day and traffic conditions*
*5. Availability of communications*
*6. Probability of locating and apprehending the subject at a later time*

*G. The state or local authorities are notified of the pursuit as soon as possible after the SA initiates or participates in a pursuit.*

*H. A vehicle pursuit will be terminated immediately when any of the following conditions exist:*
*1. The danger posed to the general public, the SA, the driver of the subject vehicle and/or occupants of the subject vehicle outweighs the necessity to continue the pursuit and apprehend the subject*
*2. The pursuing SA or the SA’s supervisor determines that the circumstances that led to the pursuit have changed to the degree that the pursuit must be terminated*
*3. Another law enforcement agency has assumed the primary and backup-unit responsibility. The SA may continue to follow, monitor and assist.*

*I. The following practices are prohibited when conducting vehicle pursuits:*
*1. Pursuing a subject vehicle without emergency equipment activated while using excessive speeds.*
*2. Transporting individuals under arrest, subjects, or civilians in an official vehicle.*
*3. Discharging a firearm at or from a moving vehicle when a deadly force response is not appropriate.*

**Emergency Information**

| Nearest Hospital/Trauma Center | Address | Emergency Room Telephone Number(s) / Life Flight Telephone Number(s) |
|---|---|---|
| Inova Loudoun Hospital | 44045 Riverside Pkwy, Leesburg, VA 20176 | Emergency Room Telephone Number(s):<br>Life Flight Telephone Number(s): |

Detailed Medical Plan:

***1) Move LEO/Citizens to safe area and provide appropriate aid.***
***2) Coordinate with locals to exchange with EMS at a predesignated point if appropriate. 3) If life threatening, load in designated vehicle and evacuate to the designated hospital/landing point quickly.***
***4) Suspect will be provided appropriate aid when safe to do so in the same manner as Citizens. Agents will accompany suspect if transported.***




**HOSPITAL ROUTE PHOTO**

**Telephone Numbers**

| Police Department Local Number | RAC/G.S. *(Cellular phone)* | Case Agent |
|---|---|---|
| (703) 777-0445 | | |

**Command Post**

| Location | Telephone Number | Radio Frequency | Coordinator |
|---|---|---|---|
| | | | |

Area Map/Diagram of Location Attached ☐

| RADIO COMMUNICATIONS (include channels, frequencies, secure or clear mode) | | | |
|---|---|---|---|
| Channel ID (A-1, D-4, etc.) | Secure/Clear | AGENCY/OWNER (i.e., FBI, Virginia State Police, etc.) | PRIMARY PURPOSE/use (i.e., Tactical Response, Administrative/Support Channel, etc.) |
| | | | |
| | | | |
| | | | |

Additional Information

**THIS OPERATIONAL PLAN IS A GUIDELINE THAT WILL BE FOLLOWED UNLESS THE CIRCUMSTANCES AND/OR SUSPECT(S) OR SUBJECT(S) DICTATE THAT THE TEAM ALTER THE PLAN IN A SAFER MANNER. THIS DECISION WILL BE MADE DURING THE OPERATION AND WILL BE BASED ON THE INFORMATION AVAILABLE AT THE TIME. USE ATTACHMENTS AS NECESSARY.**

Reviewed By: COURTNEY RAUCH Digitally signed by COURTNEY RAUCH Date: 2025.11.26 09:05:42 -06'00' ______________________________

Certified Tactical Instructor (Review to be conducted at the discretion of the SAC or Designee)

Reviewed By: ______________________________

ASAC or Designee

Approved By: ______________________________

On Scene Commander or SAC Designee

**Bureau of Industry and Security, Office of Export Enforcement**
**Threat Matrix Information Sheet/Warrant Service**

| | | |
|---|---|---|
| **Date:** 11/25/2025 | **Case Number:** EE/01792232/25 | **Field Office:** Dallas FO - ASAC Houston |
| **Request Submitted By:** SA Tyler Fox | | |
| **Location Address and Description:** Unknown | | |

## Section 1 - Operation Type:

| | | |
|---|---|---|
| Arrest Warrant: | YES | **TIER 1** |
| Search Warrant: | NO | **TIER 1** |
| Warrant with Special Clause (no knock, outside standard hours): | NO | **TIER 2** |
| UC/CI in person operation requiring possible rescue: | NO | **TIER 3** |

## Section 2 - Operation Specific Risk Factors:

| | | |
|---|---|---|
| Firearm(s) Present/Possession: | UNKN | **TIER 1** |
| Explosives, explosive material, IED, Specialty weapon: | NO | **TIER 4** |
| Incident directly involves multiple offenders (same location): | NO | **TIER 1** |
| Investigation linked to organized crime (gang/cartel affliation), terrorist organizations, or anti-law enforcement groups: | NO | **TIER 3** |
| Significant fortification, surveillance, use of counter surveillance: | UNKN | **TIER 2** |
| Concurrent warrant service at multiple locations: | NO | **TIER 2** |

## Section 3 - Subject/Behavioral Factors:

| | | |
|---|---|---|
| Narcotics/firearms/human trafficking: | NO | **TIER 2** |
| Violent Criminal History: | NO | **TIER 2** |
| Prior felonious assault, resisting arrest, threats to LEO: | NO | **TIER 3** |
| Specialized training - LE, Military, Explosives, Martial Arts, CQC Tactics, Sniper, SERE, Surveillance, etc. | NO | **TIER 2** |

## Section 4 - Other Factors:

| | | |
|---|---|---|
| Previous SWAT utilization: | NO | **TIER 3** |
| Children or elderly persons living at the location: | UNKN | **TIER 1** |
| Due to size and scope of location or number of subjects present, normal manpower would not suffice: | NO | **TIER 2** |

Tier 1: Services may be handled by Field Office. T.D.G. may assist with Tactical Planning

Tier 2: Consultation with T.D.G., T.D.G. members may assist with OP, specialty tools available

Tier 3: T.D.G. is required for service of operation

Tier 4: T.D.G. will coordinate with tactical response with consideration of additional/alternate tactical team

## Other Tactical/Operational Considerations:

### I. Subject:

N/A

### II. Location:

N/A

### III. Investigation:

N/A

## Review & Approvals:

| | | | |
|---|---|---|---|
| **Case Agent or Submitter:** SA Tyler Fox | **Signature/Date:** | **Reviewed:** YES | **Comments:** |
| **TDG Team Leader or Designee:** SA Corey Rauch | **Signature/Date:** COURTNEY RAUCH Digitally signed by COURTNEY RAUCH Date: 2025.11.26 09:06:14 -06'00' | **Reviewed:** YES | **Comments:** Add ASAC Phone Number |
| **TDG Commander or Designee:** | **Signature/Date:** | **Approved:** | **Comments:** |
| **SAC/Director or Designee:** | **Signature/Date:** | **Approved:** | **Comments:** |

Submit Form to TDG